UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-70-SPC-KCD

SHABORN WASHINGTON

### ORDER[1]

Before the Court, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, is the United States' Motion for a Preliminary Order of Forfeiture for a **Phoenix Arms Co. HP22A .22 caliber Pistol (SN:4318068)** and **10 rounds of assorted .22 caliber ammunition** filed February 15, 2023 (Doc. 76).

Following a bench trial conducted on February 13, 2023, the undersigned United States District Court Judge found the defendant guilty of being a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment.

The United States has established the required connection between the crime of conviction and the assets. Because the United States is entitled to forfeit the property, the United States' Motion for a Preliminary Order of

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them. The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Forfeiture (Doc. 76) is **GRANTED**. Pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c).

This order shall become a final order of forfeiture as to the defendant at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE AND ORDERED** in Fort Myers, Florida on February 28, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record